Louis M. HAUBEN et al., Individually and as Stockholders of INDUSTRIAL FINANCE CORPORATION, Plaintiffs, and WILLIAM I. ROSENFELD et al., Individually and as Stockholders of INDUSTRIAL FINANCE CORPORATION, Appellants, *v.* ARTHUR J. MORRIS et al., Respondents, Impleaded with Others.

Argued May 31, 1939; decided July 11, 1939.

*Walter H. Pollak, Frank Aranow* and *Mordecai Rochlin* for William I. Rosenfeld, appellant.

*Eugene L. Bondy* and *Norman Winer* for Norman P. S. Schloss, appellant.

*Joseph M. Proskauer, J. Alvin Van Bergh, Eugene Eisenmann* and *Lloyd F. Thanhouser* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.